IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ANGELA JEANNETTE GALLOWAY,

        Plaintiff,

v.                             CIVIL ACTION NO. 2:18-cv-01467

ANDREW SAUL,
Commissioner of Social Security,

        Defendant.

## MEMORANDUM OPINION AND ORDER

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). On September 3, 2019, Magistrate Judge Tinsley submitted the Proposed Findings of Fact and Recommendation [ECF No. 11] ("PF&R"), recommending the Court grant the defendant's Motion for Remand [ECF No. 10]; reverse the final decision of the Commissioner, remand this case for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g) and dismiss this matter from this Court's docket. To date, no objections to Magistrate Judge Tinsley's PF&R have been filed, and the time period for the filing of objections has passed.

Accordingly, the Court **ADOPTS** and **INCORPORATES** herein the PF&R. For the reasons stated, the Court **GRANTS** the defendant's Motion for Remand [ECF No.

10]; **REVERSES** the final decision of the Commissioner, **REMANDS** this case for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), and **DISMISSES** this matter from the Court's docket.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record, any unrepresented party, and the Magistrate Judge.

ENTER: November 5, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE